UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

RE:    HEALTHCARE BUSINESS SOLUTIONS, INC.        CASE NO. 1:06-10682
       Debtor                                     Chapter 7

REPORT OF UNCLAIMED FUNDS

The undersigned trustee of the above-styled estate states as follows for his report of unclaimed funds:

1.    Ninety (90) days have elapsed since the distribution of funds in this estate.  The bank account of this estate reflects that the following amounts are still on deposit, which amounts represent payments mailed to the named payee:

| CLAIM NO. | PAYEE AND ADDRESS | DIVIDEND AMOUNT |
|---|---|---|
| 38 | Patricia Martin<br>863 Walden Drive<br>Franklin, TN  37064 | $853.71 |
| 45 | Peter A. Ripper & Associates<br>c/o Gregory A. Douglas, Esq.<br>The Ryan Firm<br>4175 E. LaPalma Ave., Suite 110<br>Anaheim, CA  92807 | $10,163.25 |
| 48 | Maxim Healthcare Services, Inc.<br>c/o Stuart Soberman<br>7080 Samuel Morse Drive<br>Columbia, MD  21046 | $6,009.90 |
| 19 | Vital Signs, Inc.<br>20 Campus Road<br>Totowa, NJ  07512 | $1013.50 |

2.    Payment has been stopped on all the above-listed checks.

3.    Four checks each made payable to "United States Bankruptcy Court AR" in the total amount of $18,040.36 submitted herewith and pursuant to 11 U.S.C. §347 and Chapter 129 of Title 28, U. S. C. this amount should be deposited in the Federal Reserve for the benefit of the unclaimed dividend payees.

DATED this 24th day of November, 2009.

A. Ian Thomas, Jr., Trustee
306 West Bond Street
West Memphis, AR 72301
Phone (870) 735-7700